IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOÃO ALMEIDA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>TABELAFIPEBRASIL.COM, )<br>AND )<br>JOHN DOE, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:19CV1105 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 24, 2020, in response to Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered in favor of Plaintiff João Almeida against Defendant Domain Name TabelaFipeBrasil.com

for violation of 15 U.S.C. § 1125(d(1)(A), and the preliminary injunction entered on September 13, 2019 is hereby converted into a permanent injunction. It is

FURTHER ORDERED that and Counts II, III, IV, V and VI of the Verified Complaint are DISMISSED without prejudice.

The Clerk of Court shall return to Plaintiff the $500 bond posted as security for the preliminary injunction entered in this matter.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 29, 2020